UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

    -CR-    ( )( )

Defendant(s).

-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

*consent confirmed on the record*

_____         _____
Defendant's Signature         Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____         _____
Print Defendant's Name         Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_____         _____
Date         U.S. District Judge/U.S. Magistrate Judge